◼ THOMAS E. MALLOY, Respondent, v DOUGLAS A. TROMBLEY, Appellant. (Appeal No. 2.)—Order unanimously reversed, without costs, motion granted and complaint dismissed. Same memorandum as in *Trombley v Malloy* (66 AD2d 1020). (Appeal from order of Niagara Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Simons, Hancock, Jr., and Schnepp., JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v GERALD JOSEPH McCONNELL, Appellant.—Order unanimously affirmed. Memorandum: We affirm the order denying defendant's motion to set aside his sentence and for resentencing. We would vacate the sentence and permit defendant to withdraw his plea of guilty but defendant expressly stated on oral argument that he did not seek this relief. (Appeal from order of Onondaga County Court—vacate conviction.) Present—Cardamone, J. P., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.